**Robert J. SMITH, Appellant,**

v.

**UNITED STATES of America,**
**Appellee.**

**No. 14247.**

United States Court of Appeals
District of Columbia Circuit.

Argued June 9, 1958.

Decided June 19, 1958.

Petition for Rehearing In Banc Denied
Aug. 25, 1958.

———◆———

Mr. Newell Blair, Washington, D. C. (appointed by this court) for appellant.

Mr. Harold D. Rhynedance, Jr., Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., Carl W. Belcher and Joseph M. Hannon, Asst. U. S. Attys., were on the brief, for appellee. Mr. Lewis Carroll, Asst. U. S. Atty., also entered an appearance for appellee.

Before FAHY, WASHINGTON and DANAHER, Circuit Judges.

PER CURIAM.

The appeal is from a judgment of conviction of robbery.[1] The question is whether trial counsel, not counsel who on appointment by this court has ably represented defendant on the appeal, conducted the defense so incompetently as to bring about a denial of the effective assistance of counsel to which defendant was entitled under either the Fifth or the Sixth Amendment, or both. The question is presented to us on the basis of the record of the trial itself, upon consideration of which we are of opinion the claim must be denied.

Affirmed.

---

\* Sitting by designation pursuant to the provisions of Section 291(a), Title 28, U.S.Code.

1. 31 Stat. 1322 (1901), D.C.Code, § 22–2901 (1951).